## **EXHIBIT A**

**Proposed Order**

IMPAC - 12625023v.4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Apple Tree Life Sciences, Inc., *et al.*,[1] | Case No. 25-12177 (LSS) |
| Debtors. | (Jointly Administered) |
| In re: | Chapter 11 |
| Evercrisp Biosciences, Inc., | Case No. 26-10000 (LSS) |
| Debtor. | (Joint Administration Requested) |
| Tax I.D. No. 87-1544437 | |
| In re: | Chapter 11 |
| Nine Square Therapeutics, Inc., | Case No. 26-10001 (LSS) |
| Debtor. | (Joint Administration Requested) |
| Tax I.D. No. 85-0634503 | |

### ORDER (I) DIRECTING JOINT ADMINISTRATION OF ADDITIONAL CHAPTER 11 CASES AND (II) EXTENDING CERTAIN RELIEF GRANTED TO THE ORIGINAL DEBTORS

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration for procedural purposes only of the Additional Debtors' Chapter 11 Cases with the Original Debtors' Chapter 11 Cases; and (b) directing that the Original Debtors' Orders listed on

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Apple Tree Life Sciences, Inc. (4506); ATP Life Science Ventures, L.P. (8224); ATP III GP, Ltd. (6091); Apertor Pharmaceuticals, Inc. (3161); Initial Therapeutics, Inc. (2453); Marlinspike Therapeutics, Inc. (4757); and Red Queen Therapeutics, Inc. (8563). The location of the Debtors' service address in these chapter 11 cases is 230 Park Avenue, Suite 2800, New York, NY 10169.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

IMPAC - 12625023v.4

2

**Exhibit 1** hereto apply to the Additional Debtors' Chapter 11 Cases effective as of the Additional Debtors' Petition Date, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that the Debtors have consented to entry of a final order; and this Court having found that venue of these Chapter 11 Cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED as set forth herein.

2. The Additional Debtors' Chapter 11 Cases are consolidated with the Original Debtors' Chapter 11 Cases for procedural purposes only and shall be jointly administered under Case No. 25-12177 (LSS).

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Apple Tree Life Sciences, Inc., *et al.*,[1] | Case No. 25-12177 (LSS) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Apple Tree Life Sciences, Inc. (4506); ATP Life Science Ventures, L.P. (8224); ATP III GP, Ltd. (6091); Apertor Pharmaceuticals, Inc. (3161); Initial Therapeutics, Inc. (2453); Marlinspike Therapeutics, Inc. (4757); Red Queen Therapeutics, Inc. (8563); Evercrisp Biosciences, Inc. (4437); and Nine Square Therapeutics, Inc. (4503). The location of the Debtors' service address in these chapter 11 cases is 230 Park Avenue, Suite 2800, New York, NY 10169.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. The Clerk of the Court shall make a docket entry in each of the Additional Debtors' Chapter 11 Cases, substantially similar to the following:

> An order has been entered in this case directing the procedural consolidation and joint administration of this chapter 11 case with the chapter 11 cases of *Apple Tree Life Sciences, Inc.*, et al. The docket in Case No. 25-12177 (LSS) should be consulted for all matters affecting this chapter 11 case.

6. The Debtors shall maintain, and the Clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases, with the assistance of the Debtors' claims and noticing agent.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating these Chapter 11 Cases.

4

8.     The Original Debtors' Orders, as listed on **Exhibit 1** hereto, are hereby applicable to the Additional Debtors effective as of the Additional Debtors' Petition Date, and any orders hereafter entered on motions that were pending in the Original Debtors' Chapter 11 Cases on or before the date hereof are hereby applicable to the Additional Debtors effective as of the date of entry of such orders, *provided* that any order intentionally limited to specific Debtors shall not apply to the Additional Debtors.  The definition of "Debtors" in any of the Original Debtors' Orders is hereby amended to include the Additional Debtors.  Any reference to "Petition Date" in the Original Debtors' Orders is hereby amended to mean, with respect to the Additional Debtors, the Additional Debtors' Petition Date.

9.     The Debtors and the Clerk of the Court are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10.    This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# EXHIBIT 1

## Original Debtors' Orders

| DATE | DOCKET NO. | ORDER |
|---|---|---|
| 12/17/2025 | 70 | Order (I) Authorizing Redaction of Certain Personally Identifiable Information in the Consolidated List of Creditors and Other Filings and (II) Granting Related Relief |
| 12/17/2025 | 71 | Order (I) Approving the Retention and Employment of Kurtzman Carson Consultants, LLC dba Verita Global as the Claims and Noticing Agent to the Debtors and (II) Granting Related Relief |
| Various | Various | *Pro Hac Vice* Orders |

IMPAC - 12625023v.4